DLM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**BRENDA J. LEVERETT-MULLEN, PRO SE**
CLAIMANT

V. CA 06 483T

**R. JAMES NICHOLSON, SECRETARY**
**DEPARTMENT OF VETERAN'S AFFAIRS**
AGENCY

**NOVEMBER 2, 2006**

---

**COMPLAINT**

I BRENDA LEVERETT-MULLEN, PRO SE, COME BEFORE THIS COURT TO PRAY FOR THE FOLLOWING COMPLAINT TO BE HEARD AND PROCESSED.

**THE AGENCY NAMED ABOVE DISCRIMINATED AGAINST BRENDA LEVERETT-MULLEN BASED ON RACE (BLACK). 5 U.S.C. 2302 (b)(1)(A)**

**THE AGENCY NAMED ABOVE DISCRIMINATED AGAINST BRENDA LEVERETT-MULLEN BASED ON DISABILITY (POST TRAUMATIC STRESS DISORDER)(PTSD). 5 U.S.C. 7701(C)(2)**
**1 201.56(b)(iii)(2006)**

**THE AGENCY NAMED ABOVE SUBJECTED BRENDA LEVERETT-MULLEN TO RETALIATION FOR UPHOLDING HER RIGHTS. 5 U.S.C. 2302(b)(8)**

THE COMPLAINANT (BRENDA LEVERETT-MULLEN) ENDURED INTIMIDATION, SLANDER, RETALIATION, FALSE ACCUSATIONS LODGED AGAINST HER GOOD NAME BY AGENCY NAMED ABOVE CAUSING PROGRESSION OF ILLNESS.

UPON CONTACTING CONGRESSMAN AND FILING INITIAL COMPLAINT OF DISCRIMINATION COMPLAINANT WAS SUBJECTED TO RETALIATION AT PLACE OF EMPLOYMENT. I HAVE ATTEMPTED TO REMEDY THIS CASE UNDER THE MERIT PROTECTION BOARD (DOCKET NUMBER PH-0752-06-0302-I-1).

I PRAY FOR THE COURT TO COMPENSATE BRENDA LEVERETT-MULLEN IN ACTUAL AND COMPENSATORY DAMAGES IN THE MAXIMUM AMOUNT ALLOWABLE UNDER THE LAW.

RESPECTFULLY SUBMITTED,

BRENDA LEVERETT-MULLEN
83 OPPER STREET
PROVIDENCE, RHODE ISLAND
02904
(401)277-9072

NOVEMBER 2, 2006