**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**BRENDA J. LEVERETT-MULLEN, PRO SE** **CASE NUMBER-CA 06 483T**
CLAIMANT

V.

**R. JAMES NICHOLSON, SECRETARY** **NOVEMBER 27, 2006**
**DEPARTMENT OF VETERAN'S AFFAIRS**
AGENCY

---

**MOTION TO REQUEST REPRESENTATION BY A COURT-APPOINTED ATTORNEY**

I BRENDA LEVERETT-MULLEN, PRO SE, COME BEFORE THIS COURT TO PRAY FOR THE FOLLOWING MOTION TO BE HEARD AND PROCESSED.

**I HUMBLY REQUEST REPRESENTATION. I AM NOT AN ATTORNEY AND THE STRESS PRODUCED BY STANDING UP FOR MY RIGHTS AFFECTS MY HEALTH. MY FINAL ORDER FROM THE MERIT PROTECTION BOARD IS ENCLOSED AND IT STATES THAT I MAY BE ENTITLED TO COURT-APPOINTED ASSISTANCE WITH REGARDS TO COURT FEES AND ATTORNEY.**

**I INITIALLY CONTACTED SENATOR REED WHILE MY HUSBAND (VIETNAM VETERAN) WAS PASSING AWAY AND AGENCY DENIED FAMILY MEDICAL LEAVE. SINCE JANUARY 2003 I HAVE BEEN PLACED UNDER DURESS BY THIS AGENCY.**

**I HUMBLY REQUEST ASSISTANCE IN THE ABOVE ENTITLED MATTER.**

**RESPECTFULLY SUBMITTED,**

**BRENDA LEVERETT-MULLEN**
**401-277-9072**
**PO BOX 40744**
**PROVIDENCE, RHODE ISLAND 02940**