April 4, 2007

**RE: CA-06 483T**

United States District Court
1 Exchange Terrace
Providence, Rhode Island 02903

Dear Sir or Madame:

Please accept this letter requesting a postponement on above entitled case number. I am representing myself Pro Se and I am under doctor's care. I have been since March 1, 2007. I have been advised by said doctor that I should not be overwhelmed with this case at this time.

I am in process of seeking representation. I am in the process of understanding how to issue a summons on the Department of Veteran's Affairs. I have not had any luck in the realm of an attorney. I initially was under the impression that I would be designated an attorney based on paper work from the Merit Protection Board. I am under financial strains at this point also. I have been told that I am disabled and am seeking relief in that aspect due to the harassment I endured at the Department of Veteran's Affairs.

My doctor is more than willing to provide documentation to attest to the fact that I have been told not to overwhelm myself at this point. I am also attempting to lower my blood pressure that has been elevated since inception of retaliation. I tried to the best of my ability to pursue this matter and it again caused me to seek professional help. I have been advised to try to seek an attorney and not induce stress on myself. This disability has been ongoing and exacerbated by this lawsuit and the years of dealing with the Department of Veteran's affairs and retaliation. .

I pray that this request is accepted and processed. Please reconsider waiving fees and providing an attorney.

Sincerely,

Brenda Leverett-Mullen