UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BRENDA LEVERATT-MULLEN,
Plaintiff

v. CA No. 06-483T

R. JAMES NICHOLSON,
Defendants

**ORDER OF DISMISSAL**

On October 30th, 2007 this Court issued an order directing the plaintiff to show cause, on or before November 30th, 2007, why this case should not be dismissed for failure to pay the filing fee as directed in an Order dated November 30th, 2006 and for lack of prosecution; namely, failure to serve the complaint on defendants within 120 days after the initial filing of the complaint. The Court, having received no response from the Plaintiff to the Show Cause Order, hereby dismisses the matter without prejudice.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 12/13/07